STATE OF RHODE ISLAND
NEWPORT, SC.

MPD:af 08-187
SUPERIOR COURT

MICHAEL RIVIERE

vs.

ROGER WILLIAMS UNIVERSITY

**NOTICE OF REMOVAL**

**REMOVAL FROM:**

**SUPERIOR COURT FOR THE STATE OF RHODE ISLAND NEWPORT COUNTY**
**State Court NC No. 08-221**

U.S.D.C. C.A. NO. CA 08 160 ML

**DEFENDANT ROGER WILLIAM UNIVERSITY'S NOTICE OF REMOVAL**

Defendant Roger Williams University, by and through its undersigned counsel, hereby files this notice of removal of this action from the Superior Court of the State of Rhode Island, County of Newport, to the United States District Court for the District of Rhode Island.

Roger Williams University appears for the purpose of removal only and for no other purpose, reserves all defenses and rights available to it and states as follows:

1. The plaintiff filed a complaint in this action in the Superior Court of the State of Rhode Island, County of Newport, on or about April 22, 2008. A copy of the complaint was received by Roger Williams University on said date.

2. This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1331 and which may be removed to this Court pursuant to the provisions of 28 U.S.C. §1441(b), in that the District Court has original jurisdiction over a claim or right arising under the Constitution, treatise or laws of the United States.

3. In his Complaint, the plaintiff seeks a temporary, preliminary and/or permanent injunction restraining the defendant from conducting a disciplinary hearing.

4. In ¶ 8 of the plaintiff's Complaint, he alleges that if the hearing is allowed to go forward, the "plaintiff will be deprived of his constitutional right against self incrimination."

5. In ¶ 9 of the plaintiff's Complaint, the plaintiff alleges that if the hearing is to go forward, the "plaintiff will be deprived of his constitutional right of due process."

6. The instant action thus involves claims arising under the Constitution of the United States and thus there are federal questions involved.

7. Pursuant to 28 U.S.C. §1446(d), Roger Williams University will promptly file a copy of this Notice of Removal with the Clerk in Superior Court in the State of Rhode Island, County of Newport, and will serve a copy of the same on counsel for the plaintiffs.

8. Pursuant to LR Cv 81(a), effective January 1, 2006, attached as Exhibit A is a copy of the complaint in the Rhode Island Superior Court case being removed.

9. Pursuant to LR Cv 81(b), effective January 1, 2006, attached as Exhibit B is a certified copy of the State Court docket sheet along with all documents in the State Court record and numerically tabbed in the same order as they appear in the docket sheet.

WHEREFORE, Roger Williams University respectfully removes this action now pending in the Superior Court for the State of Rhode Island, County of Newport, Docket No. 2008-221, to the United States District Court for the District of Rhode Island.

Mark P. Dolan, Esq. (#3280)
RICE DOLAN & KERSHAW
*Attorneys for Defendant*
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800 telephone
(401) 421-7218 fax

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document has been sent to counsel of record, as follows, this 29th day of April, 2008:

Michael S. Kiernan, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903