STATE OF RHODE ISLAND
NEWPORT, SC,

08-058 MSK
SUPERIOR COURT

MICHAEL RIVIERE

VS. C.A.NO. 2008-

ROGER WILLIAMS UNIVERSITY

**COMPLAINT**

1. Plaintiff, Michael Riviere is a student at Roger Williams University and has been residing in Portsmouth, Rhode Island.

2. Defendant, Roger Williams University, is a Rhode Island non-profit corporation.

3. The defendant's office of Student Conduct and Community Standards has charged plaintiff with three alleged violations of the Roger Williams University Student Conduct Code.

4. The State of Rhode Island has charged plaintiff with criminal acts associated with the alleged acts giving rise to the charges asserted by defendant.

5. The said alleged criminal charges are pending in the Rhode Island District Court, Second Division, titled State of Rhode Island vs. Michael Riviere, complaint number 21-2008-842. A pre-trial hearing is scheduled for this matter on May 1, 2008.

6. The defendant has scheduled a hearing on April 24, 2008 to address the charges of alleged violations of the Roger Williams University Student Conduct Code.

7. The plaintiff is unable to defend the charges asserted against him by defendant while the said criminal action and investigation by the State of Rhode Island are pending.

8. If the defendant is allowed to conduct its hearing on April 24, 2008, plaintiff will be deprived of his constitutional right against self incrimination.

9. If the defendant is allowed to conduct its hearing on April 24, 2008, plaintiff will be deprived of his constitutional right of due process.

10. Plaintiff is in imminent danger of suffering irreparable harm to his property and his person and is without an adequate remedy at law.

WHEREFORE, plaintiff requests this court to temporarily, preliminarily and permanently enjoin and restrain the defendant from conducting a hearing regarding charges alleged against plaintiff until such time as the criminal investigation and charges pursued by the State of Rhode Island are resolved and concluded.

Sworn to as to the truth of the above factual allegations

____________________________
MICHAEL RIVIERE

Subscribed and sworn to before me this _____________ day

of ____________________________, 2008.

______________________________

______________________________
NOTARY PUBLIC

Attorney for the Plaintiff,

__________________________

MICHAEL S. KIERNAN (5945)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
Email: mkiernan@kprlaw.com

Plaintiff hereby claims a trial by jury as to all issues so triable.

__________________________

MICHAEL S. KIERNAN (5945)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
Email: mkiernan@kprlaw.com

Dated: April 22, 2008