STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: NC-2008-0221 MICHAEL RIVIERE V ROGER WILLIAMS UNIVERSITY

Filing Date: 04-23-2008 Case Type: INJUNCTIVE RELIEF
Case Status: UNASSIGNED Status Date: 04-23-2008

Plaintiff: MICHAEL RIVIERE Attorney: MICHAEL KIERNAN
ID: @11006637

Defendant: ROGER WILLIAMS UNIVERSITY
ID: @11006639

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 05-05-2008 | PRELIMINARY INJUNCTION | N CRT4 | RAGOSTA |

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 04-23-2008 | TEMP RESTRAIN ORDER | GRANTED. RAGOSTA,J. DEFENDANT IS RESTRAINED FROM INTERFERRING WITH, MOLESTING, HARASSING, THREATENING, ANNOYING OR CONTACTING THE PLAINTIFF IN ANY MANNER. (STUDENT CONDUCT HEARING SCHEDULED FOR 04-24-08 IS TEMPORARILY ENJOINED) |
| 04-23-2008 | COMPLAINT FILED | |
| 04-23-2008 | INITIAL FILING FEE | |
| 04-23-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCN31439. |
| 04-23-2008 | MOT FOR TEMP RESTRAIN ORDER | HEARD BEFORE JUDGE RAGOSTA |

True Copy Attest
Jane M. Anchony
Office of Clerk of Superior Court
County of Newport
Newport, Rhode Island

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATION
# SUPERIOR COURT

☐ PROVIDENCE/BRISTOL ☐ KENT ☐ WASHINGTON ☒ NEWPORT

Michael Riviere
(PLAINTIFF)

CASE NO. NC-08-0021

VS

Roger Williams University
(DEFENDANT)

## TEMPORARY RESTRAINING ORDER

In the above entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on the 5th day of MAY, 20 08 A.D., at 9:30 A.M./ ~~P.M.~~; and that, in the meantime and until further order of the Court

1. **Plaintiff's prayer for a Temporary Restraining Order is GRANTED.**

   **Defendant is hereby restrained from interfering with, molesting, harassing,** threatening, annoying or contacting **the plaintiff in any manner, directly or indirectly.**

   **This restraining order shall expire within 10 days (not to exceed 10) from entry unless extended by the Court for an additional period.**

2. **Other:** STUDENT CONDUCT HEARING SCHEDULED FOR 4/24/08 is temporarily enjoined

NEWPORT ... COURT
JAHN H. ... CLERK
08 APR 23 PM 3:54

**A COPY OF THIS ORDER AND A COPY OF THE COMPLAINT SHALL BE SERVED UPON SAID DEFENDANT(S) FORTHWITH.**

**Issued at** 3:40 ~~A.M.~~/P.M. **This** 23rd **day of** April, **20** 08 **A.D.**

**ENTER:**

Ragosta, J
**JUSTICE**

**BY ORDER:**

Sam Simmons
Deputy **CLERK**

F/F 4/23/08

STATE OF RHODE ISLAND
NEWPORT, SC.

08-058 MSK
SUPERIOR COURT

MICHAEL RIVIERE

VS.

C.A.NO. 2008- 0221

ROGER WILLIAMS UNIVERSITY

**MOTION TEMPORARY RESTRAINING ORDER**

Now comes the plaintiff, Michael Riviere and hereby moves for the issuance of a temporary restraining order enjoining and restraining the defendant, Roger Williams University from conducting a hearing regarding charges alleged against plaintiff by defendants Office of Student Conduct and Community Standards which is currently scheduled for April 24, 2008.

Attorney for the Plaintiff,

MICHAEL S. KIERNAN (5945)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
Email: **mkiernan@kprlaw.com**

Dated: April 23, 2008

NEWPORT SUPERIOR COURT
FILED
JANE M. A[illegible] CLERK

08 APR 23 PM 1:44

08-058 MSK

STATE OF RHODE ISLAND
NEWPORT, SC.

SUPERIOR COURT

MICHAEL RIVIERE

VS.

C.A.NO. 2008- 0221

ROGER WILLIAMS UNIVERSITY

**COMPLAINT**

1. Plaintiff, Michael Riviere, is a student at Roger Williams University and has been residing in Portsmouth, Rhode Island.

2. Defendant, Roger Williams University, is a Rhode Island non-profit corporation.

3. The defendant's office of Student Conduct and Community Standards has charged plaintiff with three alleged violations of the Roger Williams University Student Conduct Code.

4. The State of Rhode Island has charged plaintiff with criminal acts allegedly associated with the alleged acts giving rise to the charges asserted by defendant.

5. The said alleged criminal charges are pending in the Rhode Island District Court, Second Division, titled State of Rhode Island vs. Michael Riviere, complaint number 21-2008-842. A pre-trial hearing is scheduled for this matter on May 1, 2008.

6. The defendant has scheduled a hearing on April 24, 2008 to address the charges of alleged violations of the Roger Williams University Student Conduct Code. The penalties which may be imposed include expulsion, suspension, or other punitive action.

7. Plaintiff received notice of the hearing April 21, 2008 in the afternoon and has insufficient time to respond to the charges made.

8. The plaintiff is unable to defend the charges asserted against him by defendant while the said criminal action and investigation by the State of Rhode Island are pending.

9. If the defendant is allowed to conduct its hearing on April 24, 2008, plaintiff will be deprived of his constitutional right against self incrimination.

NEWPORT SUPERIOR COURT
FILED

10. If the defendant is allowed to conduct its hearing on April 24, 2008, plaintiff will be deprived of his constitutional right of due process.

08 APR 23 PM 1:44

11. Plaintiff is in imminent danger of suffering irreparable harm to his property and his person and is without an adequate remedy at law.

WHEREFORE, plaintiff requests this court to temporarily, preliminarily and permanently enjoin and restrain the defendant from conducting a hearing regarding charges alleged against plaintiff until such time as the criminal investigation and charges pursued by the State of Rhode Island are resolved and concluded.

Sworn to as to the truth of the above factual allegations

MICHAEL RIVIERE

Subscribed and sworn to before me this 22nd day

of April, 2008.

Notary Public

NOTARY PUBLIC

Attorney for the Plaintiff,

MICHAEL S. KIERNAN (5945)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
Email: **mkiernan@kprlaw.com**

Plaintiff hereby claims a trial by jury as to all issues so triable.

MICHAEL S. KIERNAN (5945)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
Email: mkiernan@kprlaw.com

Dated: April 22, 2008

# STATE OF RHODE ISLAND
## SUPERIOR COURT
### CIVIL CASE COVER SHEET

CASE # NC-08-0221

THIS FORM MUST BE FILED WITH EACH ORIGINAL DOCUMENT THAT COMENCES A CIVIL PROCEEDING IN THE CLERK'S OFFICE. IF THE CASE IS A DISTRICT COURT APPEAL, THIS FORM MUST BE FILED WITH THE APPEAL IN THE DISTRICT COURT AND WILL BE TRANSFERRED WITH OTHER DOCUMENTS TO THE SUPERIOR COURT.

| | |
|---|---|
| MICHAEL RIVIERE | ROGER WILLIAMS UNIVERSITY |
| PLAINTIFF ID# | DEFENDANT ID# |

NATURE OF PROCEEDING - CHECK ONE APPLICABLE CASE TYPE UNDER MAIN CATEGORIES LISTED BELOW.

**CIVIL ACTION**

| | | |
|---|---|---|
| ( ) AA AGENCY APPEAL | ( ) EX EXCESSIVE TAX | ( ) PR PARTITION |
| ( ) AB ASSAULT & BATTERY | ( ) FF FORFEITURE | ( ) RC REINSTATE CHARTER |
| ( ) AE ASBESTOS CASES | ( ) FG FOREIGN JUDGMENT | ( ) PT PROMISSARY NOTE |
| ( ) AI ANTI-TRUST | ( ) FS FRIENDLY SUIT | ( ) RY REAL PROPERTY |
| ( ) BA BOOK ACCOUNT | ( ) ID PER INJURY/PROP DAM/VEH | ( ) SA SEXUAL ABUSE |
| ( ) BP BILL OF RIGHTS-POLICE OFF | (✓) IJ INJUNCTIVE RELIEF | ( ) SF SPECIFIC PERFORMANCE |
| ( ) CH CIVIL RIGHTS/JOB DISCRIM | ( ) IP INTERPLEADER | ( ) SX SEXUAL HARASSMENT |
| ( ) CI CRIMINAL INJURY COMP | ( ) LC LEAD CASE | ( ) TD CONTRACT DAMAGES |
| ( ) CL COMMON LAW ASSIGNMENT | ( ) LS LIBEL/SLANDER | ( ) TE TRESSPASS & EJECTMENT |
| ( ) CM COMMON LAW LIEN | ( ) ME MALPRACTICE/LEGAL | ( ) TO TITLE CLEARING |
| ( ) CS CONVERSION | ( ) MM MALPRACTICE/MEDICAL | ( ) TV TRUSTEE/APPT CONVEY TITLE |
| ( ) CV CRIMINAL CONVERSION | ( ) MO MALPRACTICE/OTHER | ( ) TG TRUSTEE/ACCOUNTING |
| ( ) CH CIVIL RIGHTS/JOB DISCRIMIN | ( ) OV OTHER CIVIL ACTION | ( ) UM UNINSURED MOTORIST |
| ( ) DJ DECLARATORY JUDGMENT | ( ) PB PROPERTY DAMAGES | ( ) WM WRIT OF MANDAMUS |
| ( ) DG RECOVERY OF DAMAGES | ( ) PG PROPERTY DAMAGES/VEH | ( ) WR WRIT OF REPLEVIN |
| ( ) DB DEBT ON JUDGMENT | ( ) PI PERSONAL INJURY | ( ) WD WRONGFUL DEATH |
| ( ) DD DECEPTIVE TRADE PRACTICE | ( ) PJ PERSONAL INJURY/VEHICLE | |
| ( ) DN DENIAL OF PROBATE CLAIM | ( ) PL PRODUCT LIABILITY | |

**MISCELLANEOUS PETITION**

| | | |
|---|---|---|
| ( ) AC ARBITRATION/CONFIRM | ( ) GJ GRAND JURY INVESTIGATION | ( ) PX PETITION TO EXPUNGE |
| ( ) AD ARBITRATION AWARD | ( ) HC HABEAS CORPUS | ( ) PY PETITION INVENT (WIRE TAP) |
| ( ) AS ASSESSMENT OF DAMAGES | ( ) LN LEVEL COMMUN NOTIFICATION | ( ) RB ARBITRATION REFERRAL |
| ( ) CE CONDEMNATION | ( ) ML MECHANICS LIEN | ( ) RP RULE 5A PETITION |
| ( ) CN CONFIRM COMPROMISE | ( ) MW MATERIAL WITNESS | ( ) RV RECEIVERSHIP |
| ( ) CP CONTEMPT | ( ) OM OTHER MISC PETITION | ( ) SO SEXUAL VIOLENT PREDATOR |
| ( ) DI DISCLAIMER | ( ) OW OUT OF STATE WITNESS | ( ) TA APPOINTMENT OF TRUSTEE |
| ( ) DS DISSOLUTION OF CORP | ( ) PC POST CONVICTION RELIEF | ( ) TC TITLE CLEARING (TAX TITLE) |
| ( ) DT DECLINATION OF TRUSTEE | ( ) PD PETITION TO TAKE DEPO | ( ) TL FORECLOSURE/TAX LIEN |
| ( ) EN END PARTNERSHIP | ( ) PM PETITION FOR IMMUNITY | ( ) TS TRUSTEE SUCCESSOR |
| ( ) FC FORFEITURE OF CHARTER | ( ) PO PETITION FOR CONSTABLE | ( ) VC VACATE ARBITRATION |
| ( ) FL FORECLOSURE RIGHTS REDEM | ( ) PS PERFORM SURGERY | |

**PROBATE APPEAL**

| | | |
|---|---|---|
| ( ) GD GUARDIANSHIP | ( ) OA OTHER PROBATE APPEAL | ( ) WL WILL |
| ( ) NC NAME CHANGE | ( ) TU TRUST | |

**DISTRICT COURT APPEAL**

( ) DISTRICT COURT APPEAL

NEWPORT SUPERIOR COURT FILED JANE M. ANTHONY, CLERK 08 APR 23 PM 1:44

TRIAL (XXX) YES ( ) NO IF YES: (XX) JURY ( ) NON-JURY

ATTORNEY NAME & REGISTRATION#
PRO SE/NAME: Michael S. Kiernan, Esq. 5945 DATE: 4/22/08

SC223 (REV05-05)