STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

CA 08-160ML

Case ID: NC-2008-0221 MICHAEL RIVIERE V ROGER WILLIAMS UNIVERSITY

Filing Date: 04-23-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: INJUNCTIVE RELIEF
Status Date: 05-01-2008

Plaintiff: MICHAEL RIVIERE
ID: @11006637

Attorney: MICHAEL KIERNAN

Defendant: ROGER WILLIAMS UNIVERSITY
ID: @11006639

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 05-05-2008 | PRELIMINARY INJUNCTION | N CRT4 | RAGOSTA |

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 04-23-2008 | TEMP RESTRAIN ORDER | GRANTED. RAGOSTA,J. DEFENDANT IS RESTRAINED FROM INTERFERRING WITH, MOLESTING, HARASSING, THREATENING, ANNOYING OR CONTACTING THE PLAINTIFF IN ANY MANNER. (STUDENT CONDUCT HEARING SCHEDULED FOR 04-24-08 IS TEMPORARILY ENJOINED) |
| 04-23-2008 | COMPLAINT FILED | |
| 04-23-2008 | INITIAL FILING FEE | |
| 04-23-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCN31439. |
| 04-23-2008 | MOT FOR TEMP RESTRAIN ORDER | HEARD BEFORE JUDGE RAGOSTA |
| 05-01-2008 | NOTICE OF REMOVAL | NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND. CA # 08-160ML. THIS MATTER IS REMOVED FROM THE SUPERIOR COURT. CERTIFIED COPIES OF THE COMPLETE FILE ARE HAND-DELIVER THE LAW OFFICE OF RICE, DOLAN & KERSHAW. Affiliated: ROGER WILLIAMS UNIVERSITY |
| 05-01-2008 | OTH DOC FILED DURING DISCOV | |
| 05-01-2008 | CASE REMVD TO US DISTRICT CT | MATTER IS CLOSED. |

True Copy Attest: [signature] Office of Clerk of Superior Court County of Newport Newport, Rhode Island