MPD:sfb 08-187

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL RIVIERE | : | |
| | : | |
| VS. | : | U.S.D.C. CA No. 08-160ML |
| | : | |
| ROGER WILLIAM UNIVERSITY | : | |

**DEFENDANT ROGER WILLIAMS UNIVERSITY**
**ANSWER TO PLAINTIFF'S COMPLANT**

1. Neither admit nor deny.

2. Admit.

3. Admit.

4. Neither admit nor deny.

5. Neither admit nor deny.

6. Admit.

7. Deny.

8. Deny.

9. Deny.

10. Deny.

WHEREFORE, defendant request that this Court deny plaintiff's request for temporary, preliminary or permanent injunction.

/s/ Mark Dolan____________________
Mark P. Dolan, Esquire #3280
Rice Dolan & Kershaw
Attorneys for Defendant
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

**CERTIFICATION**

TO: Michael S. Kiernan, Esquire
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

DATED: May 5, 2008 /s/ Mark Dolan____________________