HCB/BD 08-058

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL RIVIERE

VS. U.S.D.C. CA No. 08-160ML

ROGER WILLIAMS UNIVERSITY

**ENTRY OF APPEARANCE**

I hereby enter my appearance for plaintiff, Michael Riviere.

/s/ Harmony Conti Bodurtha
____________________________

Harmony Conti Bodurtha (6700)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
Email: hconti@kprlaw.com

**CERTIFICATION**

I hereby certify that I have electronically filed the above document and it is available for viewing and downloading from the ECF system

**Notice will be electronically mailed to:**

To: Mark P. Dolan, Esq. (3280)
Rice Dolan & Kershaw
72 Pine Street, Suite 300
Providence, RI 02903
**ricedolan@ricedolan.com**

Dated: May 13, 2008

/s/ Harmony Conti Bodurtha
____________________________