hcb/BD 08-058

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL RIVIERE

VS. U.S.D.C. CA No. 08-160ML

ROGER WILLIAMS UNIVERSITY

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR TREMPORARY RESTRAINING ORDER**

FACTS:

On April 21, 2008, the defendant notified plaintiff that he had been charged with various violations of the Roger Williams University Student Conduct Code and that a hearing to address the charges had been scheduled on April 24, 2008. On April 23, 2008 plaintiff filed in the Newport County Superior Court a motion for temporary restraining order and complaint for temporary and permanent injunctive relief against the defendant from conducting the disciplinary hearing on April 24, 2008. Plaintiff's motion for temporary restraining order was granted by Justice Ragosta. Judge Ragosta further ordered the matter to be set down for hearing on plaintiff's prayer for a preliminary injunction on May 5, 2008. On or about April 29th, defendant removed this matter from the Newport County Superior Court to this Court.

DISCUSSION:

By removing this matter to this Court, defendant has denied plaintiff the opportunity to be heard on the preliminary injunction after the Superior Court granted plaintiff's temporary restraining order. Pursuant to United States Code Title 28 Section 1447, Plaintiff has 30 days within which to file a motion to remand the case to the State Court. Plaintiff therefore requests that this court issue a temporary restraining order until such time as any issues of jurisdiction are resolved.

/s/ Harmony Conti Bodurtha

Harmony Conti Bodurtha (6700)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
Email: hconti@kprlaw.com

# CERTIFICATION

I hereby certify that I have electronically filed the above document and it is available for viewing and downloading from the ECF system

**Notice will be electronically mailed to:**

To: Mark P. Dolan, Esq. (3280)
Rice Dolan & Kershaw
72 Pine Street, Suite 300
Providence, RI 02903
**ricedolan@ricedolan.com**

**Dated: May 13, 2008** /s/ Harmony Conti Bodurtha