# EXHIBIT A

Roger Williams University
Learning to Bridge the World

Office of Student Conduct
and Community Standards

April 21, 2008

Michael Riviere
Roger Williams University

Dear Michael:

Based on preliminary review of information forwarded to my office, you have been charged with alleged violations of the Roger Williams University Student Conduct Code. The codes allegedly violated and statements of charges follow:

1. On the night of March 31, 2008, you engaged in sexual misconduct against another community member at Baypoint. Conduct Codes 2, 3, & 5.
2. On the night of March 31, 2008, you incapacitated a community member with an illegal substance at Baypoint. Conduct Codes 3 & 13.
3. On April 7, 2008 at approximately 1:00pm, you were in possession of marijuana at Baypoint. You were arrested. Conduct Codes 1 & 13.

Your case will be reviewed through a University Disciplinary Committee Hearing. A UDC Hearing deals with cases which could result up to a suspension or expulsion from the University. (Please refer to page 43 of your Student Handbook for more pertaining to this process.)

Your hearing is scheduled for **Thursday, April 24, 2008 at 1:00pm** in the East Conference Room in the Center for Student Development at Roger Williams University. If you do not attend the hearing, it will be conducted in your absence and a decision rendered. Such action will be taken according to the procedures set forth in the Roger Williams University Student Handbook.

Note that if you chose to be accompanied by an advisor you must contact me 2 days prior to your hearing with the name and phone number of the advisor (Please refer to the policy regarding attorneys and advisors in the Student Handbook). You may also call witnesses to provide information relevant to the specific charges. All witnesses' names and documentations must be provided to me 2 days prior to your hearing. Upon request, I will provide witnesses names and documentations, 2 days prior to the hearing. It is your responsibility to arrange and inform your witnesses of the date, time and place of the Hearing. Only in cases when a witness has a scheduling conflict, may a written statement be submitted.

I am enclosing a Student Response Form. This form is optional, and if completed will be attached to the documentation and reviewed by the UDC. In addition, you are receiving the agenda that will be used during the hearing. Should you have any questions or would like me to review the handbook with you further, I may be reached at extension 3042.

Sincerely,

Seamr Kalagher
Assistant Director, Office of Student Conduct and Community Standards

Cc: Student file

One Old Ferry Road
Bristol, RI 02809
Tel: (401) 254-3042
Fax (401) 254-3863