# EXHIBIT B

# Roger Williams University

*Learning to Bridge the World*

## 2007/2008

Property of: ____________________

Address: ____________________

Phone #: ____________________

In case of emergency, please notify:

Name: ____________ Phone #: ____________

The information in this book was the best available at press time. Watch for additional information and changes.

School Datebooks

©2007 School Datebooks, Inc. All rights reserved.
No part of this publication may be reproduced, transmitted, transcribed, stored in any retrieval system, or translated in any form without the written permission of School Datebooks, Inc.

2880 U.S. Hwy. 231 S., Suite 200 • Lafayette, IN 47909 • (765) 471-8883
http://www.schooldatebooks.com • sdi@schooldatebooks.com

6. *UniCards* are non-transferable and the misuse of another student's card or allowing the fraudulent use of your own *UniCard* through intent or neglect is not permitted.
7. Students are expected to comply with all reasonable requests made by members of the Dining Services management or staff.

Students failing to comply with these policies will be referred to the Office of Judicial Affairs and Community Standards.

The Dining Services' and UniCard Offices are located on the lower level of the new Dining Commons Building. Office hours are 8:00am to 4:00pm, Monday through Friday, during the academic year.

## GOVERNANCE

The President is the Chief Executive Officer of the University. He reports to the Board of Trustees. The business functions of the University are overseen by the Vice President for Finance, and Chief Financial Officer. Human Resources are overseen by the Vice President for Human Resources, and all labor relations for the University are handled by the General Counsel. The academic functions of the University are overseen by the Provost, and all Student Affairs functions are overseen by the Vice President of Student Affairs. These individuals report directly to the President.

## OFFICE OF STUDENT CONDUCT AND COMMUNITY STANDARDS

### LOCATION AND CONTACT INFORMATION:

First Floor-Center for Student Development

Phone: 401-254-3042 Fax: 401-254-3863

### MISSION STATEMENT:

The Student Conduct and Community Standards program serves to support the development of students' personal, social, and academic abilities. Students join with faculty and administration in creating this learning environment. Education and human development are our primary values and intended outcomes.

We uphold the behavioral standards and academic integrity of the University by adjudicating violations of the Code of Student Conduct in a fair and consistent manner.

We seek to enhance the educational missions and core values of the University and the Division of Student Affairs by setting and promoting high standards while treating each student with dignity and respect.

### PREMISE:

Roger Williams University is a community dedicated to learning and assumes that students come to the University for serious purposes. Students live and work together in an atmosphere of mutual and self-respect. They join with faculty and administration in creating a living/learning environment that is conducive to both personal and academic growth. Students and the student staff are empowered by the University with considerable responsibility. In return, the University assumes students to have a high degree of maturity and expects civil conduct which affirms human values. Conduct intervention is intended to increase the student's awareness of the effect of their actions on others in the community.

The philosophy of our conduct system is education. Our goal is to assist students to grow and learn from their mistakes. Self-control is a vital component in an orderly society which is consistent with our educational mission.

Enforcement of the Code is the process by which the University community rules upon the propriety of student behavior. This Code applies to both the undergraduate and graduate students of Roger Williams University.

## DEFINITIONS AND JURISDICTION:

In the Student Handbook, the term "student" includes all persons taking courses at Roger Williams University, either full-time or part-time, pursuing undergraduate, graduate, or professional studies. Persons who are not officially enrolled for a particular term but who have a continuing relationship with the University or who have been notified of their acceptance for admission are considered "students" as are persons who are living in University residence halls, although not enrolled in this institution. Students are not allowed to withdraw from the University while a disciplinary matter is pending.

The Roger Williams University Student Code shall apply to conduct that occurs on University premises, at University sponsored activities, and to off-campus conduct that adversely affects the University and/or the pursuit of its objectives. Each student shall be responsible for their conduct from the time of application for admission through the actual awarding of a degree, even though conduct may occur before classes begin or after classes end, as well as during the academic year and during periods between terms of actual enrollment (and even if their conduct is not discovered until after a degree is awarded).

## ROGER WILLIAMS UNIVERSITY CODE OF STUDENT CONDUCT*

The following actions/behaviors shall constitute violations of the Roger Williams University Code of Student Conduct. Please note that when a student is charged with an alleged violation, the charge usually refers to a portion of the Code.

1. Violating federal, state, or local laws on University premises or while in attendance at University sponsored or supervised events or committing off-campus violations of federal, state, or local law, or actions that adversely affect the University and/or the pursuit of its objectives.
2. Any form of sexual misconduct, including but not limited to, acts of sexual assault (stranger, date, or acquaintance), sexual abuse, or unwanted sexual contact. Refer to the sexual assault/statement of unwanted sexual activity section of the student handbook.
3. Physical abuse, verbal abuse, threats, intimidation, harassment, coercion, and/or other conduct which threatens or endangers the heath or safety of self, another person or group. This includes, but is not limited to, fighting.
4. The use of any device to capture audio, video or digital record or photograph of any person while on University premises or University events where there is reasonable expectation of privacy (i.e.: restroom, locker room, etc.); or, the use or display of any such record, without consent, where such use is designed to intimidate, harass or otherwise endanger the health or safety of the person.
5. Acts which are not civil or respectful and/or breach the peace, including, but not limited to, engaging in disorderly conduct. This also includes disrupting the functions of the University.
6. Planning, directing, or committing acts of hazing, defined as any act which willfully or recklessly endangers the physical or mental health of a student or subjects the person to ridicule, embarrassment, or unlawful activity for the purpose of initiation, admission into, affiliation with, or as a condition for continued membership in, a group or organization.
7. Unauthorized possession, duplication, or use of keys or access cards to any University premises or unauthorized entry or use of University premises.
8. Unauthorized possession, use or misuse, diversion, removal, defacing, tampering, damage or destruction of University owned or leased property, equipment, services, programs, or materials, as well as that of any member of the University community, guest of the University, vendor, contractor, or any other person; or hindering another's use of University resources.
9. Any action which creates a fire hazard. This includes, but is not limited to, tampering with fire safety equipment, possessing or using any hazardous and/ or explosive material, failing to evacuate a building/area after notice has been given or knowingly making a false report of a dangerous condition.
10. Failure to comply with the instructions/requests of University staff and/or other officials acting in the performance of their assigned duties; failure to positively identify one's self or providing false information when appropriately requested to do so, and refusal to respond

to an administrative officer. This also includes withholding material information from the University and making false statements to any University official.

11. Acts of dishonesty, including but not limited to the following, are prohibited:
    a. Cheating, plagiarism, or other forms of academic dishonesty. (See Academic Integrity policy.)
    b. The manufacture, sale, use, and/or possession of false identification or permit.
    c. Forgery, alteration, or misuse of any University document.
    d. Representing the University, any recognized student organization, University personnel, or any official University group without explicit prior consent.
12. Theft or misuse of phone, computer information and electronic systems (Internet connection, network, etc.) are prohibited (see Appropriate Use Policy), including but not limited to:
    a. Unauthorized entry into a file to use, read, or change contents.
    b. Unauthorized transfer of files or programs. (Refer to Copyright Policy.)
    c. Unauthorized use of another person's identification and password.
    d. Use of computing or phone systems to send obscene, threatening or harassing messages.
    e. Interfering with the normal operation of the University computing system, including the initiation of the spread of a computer virus.
13. The University unequivocally prohibits the selling, distribution, misuse, possession, and/or professionally unsupervised use of all prescription drugs, hallucinogenic drugs, and controlled substances (including marijuana, etc.) by any member of the University community except as expressly permitted by law. Refer to the Drug Laws and drug sanction guidelines sections of the student handbook.
    a. The sale, distribution, and possession of drug paraphernalia (pipes, bongs, roach clips, rolling papers, etc.) is prohibited.
    b. The misuse of nonprescription medication or other substance is prohibited.
14. The laws of the State of Rhode Island prohibit the possession, use, and/or transfer of alcohol by anyone under the age of twenty-one (21). Alcohol or alcohol related material shall not be consumed or displayed in any public area of the University (including windows). No student, regardless of age, shall act in a disorderly or disruptive manner while under the influence of alcohol. Open containers, large volume containers and excessive amounts of alcohol are prohibited on campus (see quantity policy). Objects used as drinking apparatuses and activities that promote rapid consumption of alcohol are prohibited. Refer to the alcohol sanction guidelines section of the student handbook.
    a. Cedar Hall is an alcohol free community, thus all alcohol, including empty containers, is prohibited anywhere in the building regardless of a person's age.
    b. **The University prohibits students or their guests, regardless of age, from distributing alcohol on University property.**
    c. The operation of a motor vehicle while under the influence of alcohol or drugs is prohibited.
15. All students are required to abide by the rules and regulations as set forth by the University Student Handbook, posted flyers, distributed handouts, University catalog, residence hall contract, parking regulations and other University regulations which may be established hereafter to meet the specific need of the student or the University community.
16. Aiding, abetting, or attempting to commit an act or action that violates any Student Conduct Code. A student present when a Conduct Code is violated may be held responsible even if he or she is not directly involved in the perpetration of the violation (i.e., students present during an alcohol violation, etc.). Students who anticipate or observe a violation of community standards are expected to remove themselves from participation and are encouraged to report the violation. All students are fully responsible for their guest's behavior.
17. Abuse of the conduct system, including but not limited to:

a. Failure to comply with the sanction(s) imposed by the University;
b. Falsification, distortion, or misrepresentation of information before a conduct body;
c. Institution of a conduct complaint knowingly without cause;
d. Attempting to discourage an individual's proper participation in, or use of, the conduct system;
e. Attempting to influence the impartiality of a member of a conduct body prior to, during, and/or after a conduct proceeding;
f. Harassment and/or intimidation of a member of a conduct body, witness or victim prior to, during, and/or after a conduct proceeding;
g. Failure to comply with a notice to appear for a meeting or a hearing;
h. Influencing or attempting to influence another person to commit an abuse of the conduct system.

18. Violations of the Student Conduct Code that are motivated by prejudice toward a person or group because of factors such as race, religion, ethnicity, disability, national origin, age, gender or sexual orientation may be assessed an enhanced sanction.
19. Use, possession, or storage of any firearm, explosives, other weapons, or dangerous chemicals on University premises or use of any such item, even if legally possessed, in a manner that harms, threatens or causes fear to others is prohibited.

***Information subject to change at University discretion. Revised May 2007. Current version available on-line.**

## CONDUCT SANCTIONS

A basic assumption of the University is that students are in control of their actions and responsible for themselves and for choices they make while members of this community. When students choose not to abide by the rules established by and for their community, the Office of Student Conduct and Community Standards is charged with reviewing all incidents reported to it and holding students responsible for their actions.

The following sanctions represent examples of conduct action that might be imposed for violations of the Conduct Code. The list is not exhaustive because there is an effort on the part of the University to make sanctions fit the violation, to impose a sanction that is suited to the violation and is educational.

Failure to comply with a conduct sanction is a violation of the Conduct Code that has been designed to promote and maintain a healthy community. To ignore or fail to complete a sanction may result in a fine, withholding of records, an increased penalty, or may be cause for suspension when it becomes clear that the student does not intend to abide by the rules of the community.

Any and all sanctions that are not completed may be converted to fines by the Office of Student Conduct and Community Standards and billed to the student account (See: *Fines and Restitution*).

The Office of Student Conduct and Community Standards may place a hold on academic transcripts and not permit a student to withdraw or graduate if serious charges are pending against the student in the conduct system. These transcripts will be released upon adjudication of the case.

## SANCTIONS FOR SUBSTANCE-ABUSE RELATED VIOLATIONS

Roger Williams University is an institution committed to creating a campus environment that is conducive for our students to academically achieve and excel. We are deeply concerned about the extent to which some students engage in underage consumption of alcohol, unlawful use of drugs, and/or consumption of alcohol or other drugs to a degree that renders them in need of emergency medical intervention, disrupts the community, or requires other extraordinary assistance. Studies clearly show that the use of illegal substances and the misuse of alcohol adversely impacts on a student's ability to complete his/her college education. Abuse and underage use of alcohol and other drugs are serious problems throughout American higher education and society as a whole. We believe our process challenges students regarding their decision making in these matters.

The following sanctions are suggested **minimum** sanctions for violations of the University Code of Student Conduct pertaining to the alcohol and drug policy. The University reserves the discretion to determine appropriate sanctions for any infraction of the Code of Student Conduct. The sanctions explained below may be cumulative, and no sanction need be exhausted before any other sanction may be imposed. Sanctions may be tailored to specific situations. ***Students found responsible for three alcohol violations within a 12-month period or two drug violations during their RWU academic career will be removed from university housing for at least one semester. Hearing officers may look beyond the 12-month period and/or increase the severity of sanctions depending upon the severity of the behavior, a student's past disciplinary record, or the specific incident's impact upon the campus community.***

| Conduct | 1st Violation | 2nd Violation | 3rd Violation |
|---|---|---|---|
| - *Alcohol Related Health & Safety Violation*<br>- *Alcohol Paraphernalia (including empty alcohol containers)*<br>- *Minor in the Presence of Alcohol* | - Formal Warning<br>- $50 Fine or Educational Sanction | Dependent upon student's conduct history, see below | |
| *Alcohol Use, Possession, Public Intoxication, or other Alcohol Related Incidents* | - Formal Warning<br>- $100 Fine<br>- Wellness Educational Sanction (AIR, program, paper, etc.)<br>- Written Parent Consultation | - Removal Warning<br>- $150 Fine<br>- Residence Hall Probation<br>- Wellness Referral<br>- Verbal Parent Consultation<br>- Weekend Removal from University Housing | - University Probation<br>- Wellness Referral<br>- Verbal Parent Consultation<br>- Semester Removal from University Housing |

## HIGH RISK/HIGH LEVEL ALCOHOL BEHAVIOR

| Conduct | 1st Violation | 2nd Violation |
|---|---|---|
| *Use/Possession of a False Identification (in an alcohol related incident)* | - Additional Fine<br>- Confiscation of False Identification<br>- Additional Educational Sanction<br>- Appropriate Alcohol Sanctions | - Additional violations, distribution, or production of false IDs may result in a removal from housing or a suspension from the university |
| *Large Alcohol Gathering* **OR** *Distribution of Alcohol to Minors* | - One Week Removal from University Housing<br>- Appropriate Alcohol Sanctions<br>- Additional Educational Sanction or Residence Hall Program<br>- Residence Hall Probation<br>- $200 Fine per Room Occupant<br>- Designation of Residence as a "Dry Space" for a Set Period<br>- Loss of Guest Privileges for a Set Period (student & non-student guests) | - Semester Removal from University Housing<br>- University Probation<br>- $300 Fine per Room Occupant<br>- Appropriate Alcohol Sanctions |
| *Violation of Alcohol Quantity Policy(includes empty containers) – **Students 21 years or older*** | Will be treated as a violation of the RWU alcohol policy regardless of the student's age. Sanctions will be determined based on the severity of the incident. | |
| *Violation of Alcohol Quantity Policy (includes empty containers)– **Students UNDER 21*** | - Two week removal from University Housing<br>- Appropriate Alcohol Sanctions<br>- Additional Educational Sanction or Residence Hall Program<br>- Residence Hall Probation<br>- Loss of Guest Privileges for a set period (student & non-student guests) | - Semester Removal from University Housing<br>- University Probation<br>- Appropriate Alcohol Sanctions |
| *Providing, Possessing or Hosting a Common Source (keg, beer balls, large tub of alcoholic beverages ex. "jungle juice", etc.)* | - Semester Removal from University Housing<br>- University Probation<br>- Appropriate Alcohol Sanctions<br>- $300 fine | - Additional violations may result in a permanent removal from housing and/or a suspension from the university |

***University Alcohol Quantity Policy***

The University believes the amount of alcohol available to legal aged students should be limited. Quantity limit per room for those of age is: 30 beers **OR** 1.5 liters of wine **OR** 1 liter of hard alcohol (no higher than **80 proof**). Not to exceed 60 beers **OR** 3 liters of wine **OR** 2 liters of hard alcohol per apartment, regardless of occupancy number. Empty containers will be counted towards the quantity limits.

***Alcohol Distribution/Large Alcohol Gatherings***

The University prohibits all common source containers of alcohol (empty or full), including but not limited to kegs, beer balls, or other items or activities that encourage the rapid consumption of alcohol. Such items and/or common sources will be confiscated and disposed of when discovered. In addition, the University prohibits the sale and/or distribution of alcohol to underage students. Violations of this policy will received enhanced sanctions outlined above. Any social gathering (or party, as deemed by the Department of Residence Life and Housing based on a variety of factors including but not limited to: disturbing the peace, number of guests, noise, people immediately outside the room/apartment, large quantities of alcohol and/or alcohol empty containers, and games that promote the rapid consumption of alcohol) which draws attention to itself in a negative manner within University Housing, will not be permitted.

**MINIMUM SANCTIONS FOR VIOLATION OF THE RWU DRUG POLICY**

| Conduct | 1st Violation | 2nd Violation | 3rd Violation |
|---|---|---|---|
| *Possession or illegal use of drugs or drug paraphernalia* | - One week removal from University Housing<br>- University Probation<br>- $150 fine<br>- Wellness Referral<br>- Parent Consultation | - Semester removal from housing<br>- University Probation<br>- $200 fine<br>- Wellness referral<br>- Parent Consultation | - **Suspension from RWU** |
| *Distribution of drugs* | - **Suspension/ Expulsion from RWU** | | |

**SANCTIONS FOR UNCIVIL BEHAVIORAL VIOLATIONS**

As evident by our Core Value of nurturing of a caring and respectful community, Roger Williams University is an institution committed to creating a respectful campus environment. In support of this Core Value and the RWU Civility statement, we have specific sanctions for violations of the Conduct Code that pertain to uncivil behavior, these violations include but are not limited to student to student uncivil conduct, disruptive behavior towards University personnel and failure to comply with staff. The Conduct Codes that typically relate to these sanctions are Conduct Codes 5 and 10.

The following sanctions are suggested guidelines for violations of the University Conduct Code regarding uncivil behavioral violations. The University reserves the discretion to determine appropriate sanctions for any infraction of the Code of Conduct. Sanctions may be tailored to specific situations. The following is not exhaustive as the sanctions may be enhanced based on a past disciplinary record, the severity of behavior, or the impact upon the community.

A. ***Minimum sanctions for uncivil behavioral violations***

**1st time violation:**

Temporary removal and ban from housing (minimum 1 weekend)

Residence Hall Probation
Educational Sanction
$50.00 fine
Parent notification

## ADDITIONAL SANCTIONS FOR CONDUCT CODE VIOLATIONS:

**1. Warning**

A warning may be given for minor misconduct, to reprimand the student and give notice that further misconduct will be penalized. A warning may or may not be accompanied by other sanctions. The warning is recorded in the Office of Student Conduct and Community Standards, but is not reflected in the student's transcript. If sanctions are not completed, the Office of Student Conduct and Community Standards has the right to prevent students from graduating or registering for future semesters and may place a hold on all academic transcripts.

**2. Community-Based Sanctions**

Community-based sanctions are given for misconduct which detracts from the health and/or safety of the community. These sanctions serve to hold the student responsible for the damage to, or disruption within, the University community of which he or she is a part, as well as, to provide educational development to assure that the student makes appropriate choices in the future. Community-based sanctions are recorded in the Office of Student Conduct and Community Standards, but are not reflected in the student's transcript.

**3. Fines and Restitution**

A fine or restitution may be assessed. Failure to pay may also result in withholding of grades and records. This fine will be recorded and attached to the student's bill in the form of a "*Disciplinary Levy*". Failure to comply with the initial sanctions can result in additional fines not to exceed $200 per sanction.

**4. Community Service Hours**

Community service contribution to the University for a specific number of hours may be assigned. These hours are not to exceed fifty (50) for each University Conduct Code violated. Failure to complete the initial hours will result in the additional sanction of a fine not to exceed $200 for each sanction not completed. Community work hours are recorded in the Office of Student Conduct and Community Standards, but are not reflected in the student's transcript.

**5. Loss of Guest Privileges**

A student may lose the privilege to host non-student guests, or in some circumstances student guests, in their residence hall room and/or on campus. A loss of guest privileges is recorded in the Office of Student Conduct and Community Standards, but is not reflected on the student's transcript.

**6. Denial of the Privilege of Operating or Parking a Motor Vehicle on Campus**

Denial of the privilege of operating a motor vehicle on campus is recorded in the Office of Student Conduct and Community Standards and Public Safety, but is not reflected in the student's transcript.

**7. Educational Workshops**

Educational workshops are designed to address specific behavior (i.e., Alcohol Awareness). The student may be required to participate in one or more workshops for any violation. Failure to complete the scheduled workshop will result in the additional sanction of a fine not to exceed $200 for each sanction not completed. Educational workshops are recorded in the Office of Student Conduct and Community Standards, but are not reflected in the student's transcript.

**8. Referral to Another Party**

A student may be required to meet with another individual or group (i.e., Substance Abuse Specialist). The number of meetings may be determined by the Hearing Officer, UDC, UAB or may be determined by the party to which the student has been referred. **Should a student need an outside assessment, the student must personally (or through insurance) pay for all required treatment.** Referrals are recorded in the Office of Student Conduct and Community Standards, but are not reflected in the student's transcript.

**9. Educational Sanctions**

At times the Hearing Officer, UDC, or UAB may feel it appropriate to assign a project, paper, and/or assignment which will assist the student in gaining the knowledge needed to make appropriate choices. Failure to complete educational sanctions will result in the additional sanction of a fine not to exceed $200 for each sanction not completed. Educational sanctions are recorded in the Office of Student Conduct and Community Standards, but are not reflected in the student's transcript.

**10. Probation**

Probation may be levied for repeated misconduct or for more serious misconduct. Probation may, but must not necessarily, precede more serious sanctions, such as: Suspension or Removal from Residence, or Suspension from the University. The probation imposed may be either Residence Hall Probation or University Probation.

**A. Residence Hall Probation**

Residence Hall Probation serves to officially warn a student that he or she is in violation of community standards and that further violations can result in the denial of the privilege of on-campus housing. This probation may be given for either a specified or unlimited period of time. Residence Hall Probation is recorded in the Office of Student Conduct and Community Standards, but is not reflected in the student's transcript.

**B. University Probation**

University Probation is probation as defined above but is intended to serve notice that if future violations occur, suspension or expulsion from the University may result. University Probation is recorded in the Office of Student Conduct and Community Standards, but is not reflected in the student's transcript.

**11. Removal from Residence**

Removal from Residence may be given when serious and/or repeated misconduct in the residence community warrants separation of the student from that community. Removal from Residence is recorded in the Office of Student Conduct and Community Standards, but not on the student's transcript. Removal from Residence will include a ban from residing in or visiting any residence facility operated by the University for a stated period of time.

**12. Emergency Removal from the Residence Hall**

In urgent situations, the Vice President of Student Affairs or his or her designee, may temporarily remove a student pending a Hearing. Such removals will occur only if, in the Vice President's judgment, the student is a danger to him/herself or other members of the University community or a disruptive/disorderly community member unnecessarily infringing on the rights of others, including the University. In such instances the appropriate Hearing body will convene as soon as practical to hear the case.

During the time of removal the student is not eligible for any housing refund. The student may, at the discretion of the Vice President of Student Affairs, be banned from other areas of the campus if appropriate. The student will still be permitted to attend classes.

As soon as practical after the removal, the Office of Student Conduct and Community Standards shall prepare and deliver to the removed student, a notice of charges and other matters in conformance with the requirements contained in the Procedures section of this Handbook. The complainant at the resulting Hearing shall be the aggrieved party.

**13. Suspension from the University**

Suspension from the University may be imposed for misconduct which warrants temporary separation of the student from the University. The misconduct and the sanction are recorded in the Office of Student Conduct and Community Standards. During the time of the suspension, the student's transcripts are stamped: *"Disciplinary Suspension from RWU."* A student must petition the Office of Student Conduct and Community Standards following the term of their suspension and request the removal of the notation in order for it to be removed from their transcripts. Transcripts, and other academic records, are withheld if any disciplinary fines, community service work hours, other responsibilities, or any other sanctions are not settled with

the University. During suspension, the student is considered *persona non grata* (unwelcome) and, therefore, banned from all University properties and functions. During cases of Sexual Assault, a sanction of Suspension for no less then one semester will be assigned.

Suspension may be for a stated period of time or for an indefinite time. In either case, application must be made to the Office of Student Conduct and Community Standards and should contain evidence that the time has been used constructively in order to support the request for reinstatement. The Office of Student Conduct and Community Standards will consult in these cases with the Vice President of Student Affairs before deciding on the readmission.

**14. Emergency Suspension from the University**

In emergency situations, the Vice President of Student Affairs, or his or her designee, may temporarily suspend a student pending a Hearing. Such suspension will occur only if, in the Vice President of Student Affairs' judgment, the student is a danger to him/herself or other members or parts of the University community. In such instances the appropriate Hearing body will convene as soon as practical to hear the case. As soon as practical after the suspension, the Office of Student Conduct and Community Standards shall prepare and deliver to the suspended student, a notice of charges and other matters in conformance with the requirements contained in the Procedures section of this Handbook.

**15. Expulsion**

Expulsion may be imposed for misconduct which warrants permanent separation of the student from the University. The penalty and the misconduct are permanently recorded in the Office of Student Conduct and Community Standards and the fact of Expulsion becomes a part of the student's transcript by being stamped: "Disciplinary Expulsion from RWU." A student who is expelled is not eligible for readmission. Once expelled, the student is considered *persona-non-grata* (unwelcome) and, therefore, banned from all University properties and functions.

## PARENTAL OR LEGAL GUARDIAN CONSULTATION

Pursuant to the 1998 Congressional revisions of the Family Education Rights and Privacy Act (FERPA), Roger Williams University has the option to, and generally will, inform a parent or guardian of any student who is under the age of 21 or is financially dependent (as defined by the IRS), of any alcohol or other drug violations relative to the Student Conduct Code. The University may choose to inform the parent or guardian of other types of incidents that involve violations or that may be life threatening or harmful to the student's (or other's) health. Roger Williams University will assume all undergraduate students are financially dependent and therefore, where allowed by law and University policy, notify parents or guardians of violations of the Code of Conduct, especially substance abuse violations. A student may declare financial independence by contacting Student Affairs and providing the appropriate documents.

Parental notification will either take the form of a written letter or phone call, predicated upon the seriousness of the violation and/or the urgency of the situation. The University believes that clear, effective lines of communication between the school, parents, and student will assist us all in resolving issues of inappropriate behavior. We encourage parents and students to openly discuss these issues with one another so better understanding may exist throughout the school year.

## CONFIDENTIALITY

All records relating to conduct are considered confidential. Access to such records shall be granted only when permitted by law and/or with permission from the student. The University reserves the right to be the final arbiter in releasing confidential files. Any and all types of conduct meetings are closed to the University community and to the public.

Records of conduct may be destroyed by the Director of Student Conduct and Community Standards, or his or her designee, two years after a student graduates or withdraws from the University.

In the case of conduct proceedings, an accused student's outcome and sanction(s) may be verbally or in writing shared with the complainant(s) or victim(s).

Nothing contained above shall prevent the publication from time to time of statistics relating to and summaries of disciplinary proceedings, provided that the name(s) of the party(ies) involved is (are) deleted (except when permitted by law).

Nothing contained above shall prevent the disclosure of Conduct Code violations involving the accused student to the formal Hearing bodies or the general public when permitted by law.

Nothing contained above shall prevent the imposition of a Disciplinary Levy, attached onto the student's bill, from the University, if such sanction has been invoked.

The disciplinary histories of applicants to Study Abroad programs are taken into consideration during the application process. Students who participate in a co-curricular activity may jeopardize their status in that program by receiving a conduct sanction(s). A co-curricular activity includes, but is not limited to: intercollegiate athletics, club sports, intramurals, student organizations, and student leadership positions (e.g., resident assistants, orientation advisors, etc.). A student's conduct record and/or conduct may be shared with other University staff members on a need-to-know basis.

## ATTORNEYS AND ADVISORS

An accused student may elect to be accompanied and counseled by an advisor at a University or University Disciplinary Committee hearing. The advisor must be a member of the Roger Williams University community, excluding all those who are attorneys or have received a law degree. At hearings where criminal charges are also pending, an attorney may accompany and counsel the accused student, provided that notice of at least two business days be given to the Director of Student Conduct and Community Standards of an attorney's representation.

In either case, neither an attorney nor a lay advisor shall be allowed to examine witnesses, object to testimony or procedure or to present arguments, and their role shall be limited to quietly and unobtrusively advising only the accused student in whispers or by written note. Any conduct of an attorney or advisor in violation of these conditions in the opinion of the Hearing Officer or UDC chairperson, may result in the immediate removal of that attorney or advisor, and the continuation of the hearing without the presence of that attorney or advisor.

Further, parents or guardians of a student, regardless of their relationship with the University, are not permitted to be present at any Hearing.

In matters where the accused student is entitled to and elects to be accompanied and counseled by an attorney, any other party to the case, including the University shall also be entitled to be counseled by an attorney who shall likewise be restricted to advising in whispers or by written note.

## VICTIM RIGHTS

The following rights apply to the victim in the student conduct proceedings. These rights must follow the same format spelled out for the accused student as listed under the "Conduct System" of this handbook.

- Right to submit a victim impact statement that details the alleged consequences suffered by the victim.
- Right to have a personal advisor accompany him/her during the disciplinary hearing.
- Right to request on-campus housing relocation (based on available space), or other steps to prevent unnecessary or unwanted contact or proximity to the accused, when such contact is likely to place the victim in danger of bodily injury and/or cause the victim severe emotional distress.
- Right to be informed of the outcome of the hearing upon request.

# CONDUCT PROCEDURES

**1. Complaint**

Any member of the University Community may initiate a complaint against a student by filing a report with the Office of Student Conduct and Community Standards. If there are grounds for conduct action, the student will be notified by letter of the alleged incident, time, date, and location of his or her disciplinary meeting. As stated in the student's notice, failing to attend or re-schedule will be treated as if the student is not contesting the charges, and a decision will be made based upon the information received.

**2. Notice**

The student will receive an explanation of the incident and an explanation of the specific charge statement. This will serve as formal notification of the charges, and will outline various resolution options, and the student's procedural rights.

**3. Student Response Form**

Students accused of a violation of the University Conduct Code have the choice to submit a Student Response Form. This form, available to students at the Office of Student Conduct and Community Standards, provides an opportunity for the student to put in writing his or her own personal account of the incident. The information contained within the Student Response Form is then taken into consideration at the proceedings.

**4. Disciplinary Meeting**

During the Disciplinary Meeting the student will be encouraged to discuss and review the charges being brought against him or her. The student may ask questions regarding the charges, the conduct process as well as the possible outcomes of the meeting. During the Disciplinary Meeting, the student charged will have the right to choose between the following options (with the consensus of the Office of Student Conduct and Community Standards):

A. Accepting responsibility for his/her actions, and verifying that the charges issued against him/her are correct. If this option is chosen, the student requests that the situation be resolved through an Administrative Meeting. (See: *Decision Making Bodies Regarding Student Conduct.*); or,

B. Deny responsibility for the charges, and request an administrative hearing officer to review the case or complete an Administrative Meeting at that time. (See: *Decision Making Bodies Regarding Student Conduct.*); or,

C. If the outcome of the alleged violation could result in a sanction of suspension or expulsion from the University, the Office of Student Conduct and Community Standards shall prepare and present to the accused a written notice of the charges and may give the student the option of selecting, with the consensus of the Office of Student Conduct and Community Standards, their case being heard by:

   1. University Disciplinary Committee (UDC)
   2. University Hearing (UH)

   At times the University may select not to give the student an option and send the case to either a UDC or UH. The notification will be given at least two calendar days prior to the hearing. (See: *Decision Making Bodies Regarding Student Conduct.*);

D. Additionally, in a case of alleged violation of the Conduct Code, the Vice President of Student Affairs or his or her designee may remove a case from the University's conduct system, whenever, in his or her discretion, such removal is believed to be in the best interest of the accused student or the University community. In the event of such removal, he or she shall have the sole and unreviewable discretion to conduct hearings, if any, upon notice, and impose such sanctions deemed appropriate.

## DECISION MAKING BODIES

### 1. Administrative Meeting

Members of the RWU community may choose, with the consensus of the Office of Student Conduct and Community Standards, to waive their right to a hearing and instead accept a sanction imposed by the Administrator. Although there is no formal appeal of an Administrative Meeting, cases that result in a temporary or permanent removal from the residence halls may be appealed to the Dean of Students or his or her designee. In order to secure an appeal, a written request must be submitted within two business days following the receipt of the notice of the decision. It is at the discretion of the Dean of Students, or his or her designee, whether a personal meeting is necessary prior to deciding whether an appeal should be granted. The Dean of Students may choose to stay with the present sanction, alter the sanction, or refer the case back for a new hearing. No more than one appeal will be granted for the same disciplinary referral. This appeal process is also applicable for an Administrative Hearing.

### 2. Mediation

In lieu of adjudication, members of the RWU community may choose, with the consensus of the Office of Student Conduct and Community Standards, mediation. Mediation uses a neutral third party to help resolve disputes, leaving resolution in the hands of the disputing parties.

### 3. Formal Hearings

Any student against whom a formal complaint has been filed has the right to a fair Hearing. This Hearing allows the student the chance to respond to the charges filed. At Roger Williams University, these Hearings take three forms:

A. Administrative Hearing Officer

B. University Disciplinary Committee (UDC)

C. University Hearing (UH).

Roger Williams University strives to assure fairness in the adjudication of all student conduct cases. However, University conduct procedures are not identical to the rights afforded the accused in a civil or criminal proceeding. Conduct procedures will be adhered to as faithfully as possible, but variations dictated by circumstances will not invalidate the process. Hearings are conducted according to the rules laid out in this handbook.

Any relevant matter upon which responsible persons customarily rely on in the conduct of serious affairs shall be considered, regardless of the existence of any common law or statutory rule which may make some information inadmissible in civil or criminal action. Information and evidence which is redundant or immaterial may be excluded from the conduct proceedings. Recordings of hearings are not permitted. The decision at any Hearing shall be based only upon information and testimony introduced at the Hearing.

Formal or technical rules of evidence are not used as in civil and criminal proceedings; thus, a lower standard of proof is required to reach a conclusion. A decision shall be entered against the accused student only if a violation is proven by a preponderance of evidence; that is, the greater weight of the information which the conduct body finds credible and convincing warrants a finding of in violation.

The Office of Student Conduct and Community Standards is charged with the responsibility of advising and informing the conduct body with respect to procedures and sanctions imposed previously for similar offenses in order to provide consistency within the Conduct System.

Upon determining that a student has violated the Conduct Code, the Hearing Officer may review the responding student's history and impose one or more of the sanctions as defined elsewhere in this Handbook, or may devise sanctions seeming more appropriate to the violation(s).

The Hearing Officer may also recommend that the case be heard by the UDC, or a UH, in light of the seriousness of the issue. If the Director of Student Conduct and Community Standards accepts the recommendation, the UDC or the UH will be treated as an original Hearing for procedural purposes.

### A. Administrative Hearing

Cases serious enough to warrant action, but not expected to result in suspension or expulsion from the University, are assigned by the Office of Student Conduct and Community Standards to an Administrative Hearing. The decision of the administrator and the sanction imposed, if any, will be binding. Although there is no formal appeal of an Administrative Hearing, cases that result in a temporary or permanent removal from the residence halls may be appealed to the Dean of Students or his or her designee. Refer to the Administrative Meetings section of this handbook for the appeal process. Administrative Hearing Officers are empowered to impose all sanctions except a suspension or expulsion from the University.

### B. University Disciplinary Committee (UDC)

The UDC will adjudicate cases referred to it by the Office of Student Conduct and Community Standards. The UDC will hear cases which could result in suspension or expulsion from Roger Williams University. The UDC shall adjudicate all cases at a time arranged by the Office of Student Conduct and Community Standards.

The UDC shall be comprised of four members. One is a non-voting member from the Administrative constituency that serves as the Chairperson. There shall be one voting member from each of the following constituencies: Administration, Faculty, and Students. One member from each constituency shall be selected from a pool of no more than ten constituent representatives. Members from each constituency shall be selected by the Office of Student Conduct and Community Standards based upon constituent representatives availability at the time of the Hearing. One representative from each constituency must be present to hold a Hearing.

For each UDC Hearing, a representative of the Administrative constituency shall be selected by the Office of Student Conduct and Community Standards to serve as the non-voting Chairperson of the UDC presiding and conducting the Hearing. This Chairperson shall not be the voting member of the UDC representing administration. This appointed Chairperson is charged with the responsibilities of conducting the meeting, and advising and informing members of the UDC with respect to procedures and sanctions imposed previously for similar offenses in order to provide consistency for Hearings and sanctions.

Any UDC member who was involved in the initial investigation, and who is expected to be a witness, or has a special bias or interest, is expected to disqualify him/herself. The accused student or the complainant has the right to challenge any member for the above reasons or any other valid reason. In addition, the Chairperson may, for good reason, disqualify any member. If disqualification is sustained by a majority of the UDC members present and voting, another member of the UDC, of the same constituency as the disqualified member, shall serve on the UDC or, if such person is unable to serve, then the remaining members of the UDC shall appoint a disinterested person of the same constituency as the disqualified member to serve on the UDC.

The UDC will deliberate in private and render decisions by majority vote. The UDC may continue its particular Hearing to another time at its discretion, but must give all parties concerned notice of its continuance. Except in extraordinary circumstances, a continuance shall extend no more than 72 hours. Written notice of the decision (including sanction) will be given to the accused student within three business days from the conclusion of the UDC hearing.

Upon determining that a student has violated the Conduct Code, the UDC may impose one or more of the sanctions as defined elsewhere in this Handbook, or may devise sanctions seeming more appropriate to the violation(s) as determined by the Chairperson and the members of the UDC. The UDC is empowered to invoke suspension or expulsion.

For information regarding the appointment process of members of the UDC, contact the Office of Student Conduct and Community Standards.

During vacation periods and/or when UDC members might generally be unavailable or during any vacancy that cannot be filled on the UDC, a University staff member, as selected by the Vice President of Student Affairs, or his or her designee, shall discharge all responsibilities and otherwise exercise all functions of the UDC.

**C. University Hearing (UH)**

The student may choose, with the consensus of the Office of Student Conduct and Community Standards, to have a University staff member, as selected by the Vice President of Student Affairs, or his or her designee, accept all responsibilities and otherwise exercise all functions of the UDC as outlined above. At times the University may select not to give the student an option and send the case to either a UDC or UH.

## RIGHTS OF A RESPONDING STUDENT

With respect to an initial Hearing before an Administrative Hearing Officer, UDC, or UH the following rights will be afforded to a responding student:

1. Written notification of charges, with a brief specification thereof, with the date (approximate if necessary) and place of the alleged violation, and the date, time, and place of the Formal Hearing.
2. A copy of the Administrative Hearing, UH, or UDC agenda. This agenda will be included with the notice of charges.
3. Reasonable time to prepare the case after receiving notice of the charge. Normally the Hearing will be held no earlier than two days and no later than seven days from the date of notice. UDC cases will be held as soon as possible.
4. The right to be present and the opportunity to be heard at this Hearing. Whether or not the student exercises this right, the Hearing will be held and the student is bound by the decision rendered.
5. The right to present evidence and witnesses on his or her behalf. Witnesses may not be disruptive in any manner; otherwise, the Hearing Officer, UDC chairperson, or UDC board may dismiss them from the Hearing. All witnesses names and documents must be provided to the Office of Student Conduct and Community Standards at least two business days prior to the hearing. Upon request, the Office of Student Conduct and Community Standards will also provide their witnesses names and documents two business days prior to the hearing of the responding student. However, in some cases, because of the sensitivity of the violation, the University may choose not to release the name of a witness prior to the hearing. In such cases, the University will make every effort to provide statements to assist the accused in his or her defense.

## HEARING AGENDA

Only information directly related to the incident is admissible during the Hearing. No recording, of any type, of the Hearing is allowed.

Each party should meet with the Director of Student Conduct and Community Standards, or his/her designee, to have a review of their rights and responsibilities as outlined in this Handbook. During this meeting various issues can be clarified: the rights of the responding student or complainant, the agenda of the UDC or University Hearing, the appeal process or any other student concern related to their involvement during the Hearing and appeal process. If there is a finding of in violation by the UDC or UH, the accused is encouraged to meet with the Director of Student Conduct and Community Standards to receive guidance and clarity on questions pertaining to complying with the imposed sanctions (if any).

Only if the responding student is found in violation and sanctioned to a removal from housing or a suspension or expulsion from the University may an appeal request be submitted (See the Appeal section in this handbook).

## APPEALING A CONDUCT DECISION

Cases that result in a temporary or permanent removal from the residence halls may be appealed to the Dean of Students or his or her designee. In order to secure an appeal, a written request must be submitted by the student within two business days following the receipt of the notice of the decision. It is at the discretion of the Dean of Students or his or her designee whether a personal meeting is necessary prior to deciding whether an appeal should be granted.

The Dean of Students or his or her designee may choose to stay with the present sanction, alter the sanction, or refer the case back for a new hearing.

Cases that result in a suspension or expulsion from the University may be appealed by the student to the Vice President of Student Affairs or his or her designee.

Only the responding student has the right to appeal. The appeal must be written by the student. When a case is appealed, the following regulations and procedures shall apply and the following rights can be afforded:

1. In order to secure an appeal, the aggrieved party must submit a written request to the Vice President of Student Affairs or his or her designee for cases originated by the UDC or UH within two full business days (Mon.-Fri.) following such aggrieved party's receipt of the notice of the decision. Failure to submit such a request in the manner prescribed will be deemed a waiver of the right to appeal.
2. The written appeal must include demonstration of one or more of the following reasons for requesting an appeal:
   a. Specification of procedural errors alleged to have been committed during the original Hearing, which would have materially affected the outcome of the original Hearing;
   b. Specification of the claim of new evidence not previously available or known which would have materially affected the outcome of the original Hearing. A detailed account of the specific new evidence the accused wishes to bring forth must be clearly indicated;
   c. Imposed sanction(s) not appropriate for the violation(s) committed.

The Vice President of Student Affairs, or his or her designee, for the UAB, shall determine the sufficiency of any request for appeal. Generally, the VPSA will contact the student regarding the status of the appeal within seven business days. The appeal shall be remanded to the appropriate body for Hearing or shall be denied if the appeal procedures and/or criteria are not satisfactory. The Vice President of Student Affairs' determination not to hear an appeal is final and binding and conclusive of all parties. If an appeal is granted, it shall be heard at a meeting scheduled as soon as practical by the Vice President of Student Affairs. The UDC Chairperson or Hearing Officer who heard the case shall attend this meeting to answer any questions.

The sanction imposed by the UDC or UH will remain in effect until the decision of the UAB is rendered. Unless the UDC or UH, in its decision, expressly provides that the sanction imposed shall not take effect until after the expiration of the time within which an appeal may be taken and, if an appeal be taken and a Hearing therein allowed, until after the outcome of the appeal Hearing.

With respect to the UAB, the Vice President of Student Affairs, or his/her designee, shall notify the parties of the date, time, and place of the appeal Hearing. An agenda will be provided at this time.

Both the accused student and the complainant have the right to be present and the opportunity to be heard at the appeal Hearing. Whether or not this right is exercised, the Appeal Hearing will be held and the parties bound by the decision rendered. The Vice President of Student Affairs will determine the appropriate format for the Appeal Hearing.

**Should a student appeal a decision, the sanction imposed shall remain in effect through the appeal process, unless otherwise stipulated by the Hearing Body.**

An aggrieved party is limited to one appeal and, in any event, any decision of the UAB or Vice President of Student Affairs is final.

## UNIVERSITY APPEAL BOARD (UAB)

The University Appeal Board shall hear cases as referred by the Vice President of Student Affairs or his or her designee. The UAB shall be comprised of three members or their designees: the Vice President of Student Affairs, the President of the Student Senate and one faculty member appointed by the Provost.

During vacation periods and/or when UAB members might generally be unavailable or during any vacancy that cannot be filled on the UAB, the Vice President of Student Affairs, shall discharge all responsibilities and otherwise exercise all functions of the UAB.

The UAB or the Vice President of Student Affairs serve as the final appeal body for cases originated with the UDC or UH.

The UAB may reverse or affirm the decision of the UDC or UH. Additionally, the UAB has the power to increase or decrease the severity of the sanction(s) imposed by the UDC or UH and may utilize any one or more of the sanctions described in this Handbook or may elect to impose a penalty of its own devising, deemed appropriate. In every instance, the sanctioned party shall have abided by all the procedures pertaining to appeal as set forth in this Handbook.

### LEGAL ASSISTANCE

If you are arrested and cannot afford an attorney, you may ask the court to appoint an attorney for you. If you are in a position of being able to pay for a lawyer and would like a referral, you may contact the Rhode Island Bar Association's Lawyer Referral and Information Service, who may be able to direct you to an attorney who concentrates in the problem area.

Go to www.ribar.com/public/needalawyer.asp, or phone (401) 421-7799.

### LIABILITY

Roger Williams University will not assume liability for damage or theft of personal items while on property owned or controlled by the institution. Students may, at their own expense, secure adequate personal insurance to cover their possessions while attending the University.

## SEXUAL HARASSMENT POLICY (WORKPLACE)

### POLICY STATEMENT

Sexual Harassment is a form of gender-based discrimination which violates federal and state law as well as Roger Williams University (hereinafter "university") policy prohibiting discrimination on the basis of gender. It is forbidden by the university and it is inexcusable regardless of circumstances. Transgressions and supervisory condonation of such transgressions will result in disciplinary action, up to and including termination. This policy applies to students, faculty, staff, and university officers equally as described below. Further, its mandate shall, to the extent contractually feasible, be applied fully to contractually affiliated entities at the university.

### PROSCRIBED CONDUCT

There are currently two (2) distinctly recognizable and forbidden forms of sexual harassment, both of which constitute terminable conduct.

1. Quid Pro Quo Harassment: This harassment is an intentional, intolerable exploitation of a position of power and authority such as unwelcome sexual advances, requests, or demands for sexually based favors or other gender based verbal or physical conduct where submission to or rejection of such conduct by an individual is used, by the person(s) in a position of power or authority, as a basis for employment, academic, or institutional environment decisions affecting such individual.

2. Hostile Environment Harassment: This harassment arises where one or more members of the university community engage in gender based conduct that unreasonably creates an intimidating, hostile, or offensive working and/or study environment that has the effect of altering one's work or academic performance and the conditions of employment or study at the university. It may arise independent of the supervisor/subordinate or teacher/student relationship (e.g., co-worker to co-worker) and the conduct need not be overtly sexual in nature but merely gender differentiating. As a general guiding principal established herein, no gender based actions that are not specifically and officially endorsed by the university (e.g.; separate rest room facilities) are authorized or condoned. Currently, as established under controlling case law interpretation of both state and federal laws, hostile environment sexual harassment consists of conduct that: (1) would not have occurred but for the victim's gender and (2) is sufficiently severe or pervasive as (3) adjudged by the reasonable person (of the same gender as the victim under Rhode Island law) to (4) adversely affect a victim's work or other conditions of employment or academic performance or study environment. The university will continue to provide education and training as to illegal and intolerable conduct rising to the level of sexual harassment.