Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**DLM**

TO: **Mark P. Dolan, Esq.**
RE: **CA 06-160ML**

**Riviere** v **Roger Williams University**

**ORDER**

I have reviewed your document(s) electronically filed on **May 14, 2008**, and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

✓ 1. Pleadings, motions, other papers are not signed in accordance with Administrative Procedure 9(c) (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)) – **Incomplete electronic signatures as to the motion, memorandum, and certificate of service.**
See attached note.

_____ 2. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

_____ 3. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 4. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

_____ 5. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

_____ 6. All Checks must be made payable to **Clerk, U.S. District Court.**

_____ 7. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

_____ 8. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

_____ 9. Any pleading or other document asserting a claim or counterclaim of any type shall include the full caption showing the names of all parties. (DRI LR Cv 5(a)(1).

_____ 10. Other:

ENTER:
David L. Martin
United States Magistrate Judge
cc: Counsel of Record

Date: 5-15-08

Administrative Order No. 2006-01 requires that all papers shall be filed electronically unless the Court has specifically granted an exemption. Papers filed electronically must have an electronic signature. See Administrative Procedures for Electronic Case Filing 9(a) ("The name of the ECF [Electronic Case Filing] user under whose login and password the document is submitted must be preceded by a '/s/' and typed in the space where the signature would otherwise appear."). Thus, your electronic signature is:

/s/ Mark P. Dolan