MPD:lab 08-187

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL RIVIERE :
:
vs. : Civil Action No. 08-160 ML
:
ROGER WILLIAMS UNIVERSITY :

**ORDER**

On May 14, 2008 this matter came before the Court on the plaintiff's Motion for Temporary/Preliminary/Permanent Injunction. After due consideration thereof, it is hereby ORDERED as follows:

1. The plaintiff's motion is denied.

Ordered By:
Barbara Barletta

Entered By:
Mary M. Lisi
USDJ 5/16/08

Prepared by:

/s/
Mark P. Dolan, Esq., Reg.# 3280
Rice Dolan & Kershaw
Attorneys for Defendant
72 Pine Street, Suite 300
Providence, RI 02903
401-272-8800

**CERTIFICATION**

I hereby certify that a copy of the within Order has been sent to counsel, as follows, on May 14, 2008:

Harmony Conti Bodurtha, Esq.
Michael S. Kiernan, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

/s/