MPD:af 08-187

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL RIVIERE

vs. U.S.D.C. C.A. NO. 08-160ML

ROGER WILLIAMS UNIVERSITY

**ENTRY OF APPEARANCE**

I, Stanley F. Pupecki, Esquire, of RICE DOLAN & KERSHAW hereby enter my appearance on behalf of defendant Roger Williams University.

Stanley F. Pupecki, Esq. (#6704)
RICE DOLAN & KERSHAW
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800 telephone
(401) 421-7218 fax

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document has been given to counsel of record in hand this 5th day of August, 2008.