MPD:sfb 08-187

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL RIVIERE | : | |
| | : | |
| vs. | : | Civil Action No. 08-160 ML |
| | : | |
| ROGER WILLIAMS UNIVERSITY | : | |

**DISMISSAL STIPULATION**

Plaintiff's action against defendant, Roger Williams University, is dismissed with prejudice, no interest, no costs.

/s/ Michael S. Kiernan

Michael S. Kiernan, Esq. #5945
Kiernan, Plunkett & Redihan
Attorneys for Plaintiff
91 Friendship Street
Providence, RI 02903
401-831-2900

/s/ Mark P. Dolan

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendant
72 Pine Street, Suite 300
Providence, RI 02903
401-272-8800

Dated: August 28, 2008